UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Douglas N. Lund

    v.                              Civil No. 08-cv-00231-JL

Segway, Inc.

### O R D E R

The Preliminary Pretrial Conference was held in chambers on July 31, 2008.

The Discovery Plan (document no. 9) is **approved** as submitted.

Counsel for both parties understand that the payment which is the subject of the defendant's motion to dismiss is forthcoming. The court will act on the motion after the expiration of the objection deadline under Local Rule 7.1(b). Should either party desire a hearing on the motion to dismiss, counsel should request that the Deputy Clerk schedule one.

    **SO ORDERED.**

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  August 1, 2008

cc:    Douglas E. Griffith, Esq.
       Robert J. Meagher, Esq.
       Andrew D. Dunn, Esq.